UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN A. ALLEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:09CV648 CDP |
| | ) |
| HARLEY G. LAPPIN, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioner's petition is **DISMISSED** without prejudice.

Dated this 1st day of May, 2009.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE